**Order entered December 21, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01289-CR

**ADRIAN JERMAINE GASKIN, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 066812**

## ORDER

We **REINSTATE** this appeal.

On December 12, 2016, we granted James Richard Dunn's motion to withdraw and ordered the trial court to appoint new counsel. On December 20, 2016, the clerk's record was filed. The record contained, among other things, the trial court's order appointing Jeromie Oney as counsel for appellant. We **DIRECT** the Clerk to reflect Jeromie Oney, 406 North Grand Ave., P.O. Box 2040, Gainesville, Texas 76241 as counsel of record for appellant.

Appellant's brief is due **THIRTY DAYS** from the date of this order.

/s/    ADA BROWN
        JUSTICE